An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123

## IN THE SUPREME COURT OF THE STATE OF NEVADA

RENOWN HEALTH, A NEVADA NON-PROFIT CORPORATION; RENOWN REGIONAL MEDICAL CENTER, A NEVADA NON-PROFIT CORPORATION; AND NEVADA HEART INSTITUTE, A NEVADA NON-PROFIT CORPORATION,

Appellants,

vs.

KOSTA M. ARGER, M.D.; CHAD M. BIDART, M.D., F.A.C.C.; RICHARD H. BRYAN, JR., M.D., F.A.C.C.; FRANK P. CARREA, M.D., F.A.C.C.; RAM M. CHALLAPALLI, M.D., F.A.C.C.; SRIDEVI CHALLAPALLI, M.D., F.A.C.C.; DEVANG M. DESAI, M.D., F.A.C.C.; ERIC M. DRUMMER, M.D., F.A.C.C.; COLIN M. FULLER, M.D., F.A.C.C., F.A.C.P., F.S.C.A.I.; MICHAEL J. NEWMARK, M.D., F.A.C.C., F.S.C.A.I.; TOM NYLK, M.D., F.A.C.C.; AND JOSEPH STEVENSON, D.O., F.A.C.C.,

Respondents.

No. 64455

FILED

JUN 02 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### ORDER DISMISSING APPEAL AND VACATING ORAL ARGUMENT

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b). The oral argument currently scheduled for June 16, 2015, at 9:00 a.m., is hereby vacated

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

15-16899

cc: Hon. Brent T. Adams, District Judge
Bryan Cave LLP/Santa Monica
Morris Law Group
Robison Belaustegui Sharp & Low
Washoe District Court Clerk